

Office of the U. S. Trustee
135 West Central Blvd
Suite 620
Orlando, FL 32801-2430

407-648-6301

**************MIXED AADC 170

MAXIMUM LIFE CHRISTIAN CHURCH,
7507 KINGSPOINT PKW
104
ORLANDO, FL 32819-8595

UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM

Page 1 of 1    Rev. 4/08

Account No.: 306-10-15688
Process Date: 10/07/10

See Instructions
On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---|
| 08/12/10 | Balance Forward | .00 |
| 10/07/10 | Quarter 3, 2010 Minimum Fee Due (9) | 325.00 |
|  | Estimated Balance Due Based On Disbursement Record | 325.00 |

Case opened 08/12/2010. Minimum fee applied.